MARTHA E. SEYMOUR, Respondent, *v.* THE SPRING FOREST CEMETERY ASSOCIATION et al., Appellants.

Under the provisions of the Code of Civil Procedure in relation to preferences (§ 791) a sole plaintiff who does not sue as executor is not entitled to have his cause put upon the calendar of preferred causes on the ground that he brought the action in that capacity. This court cannot make the inference from what is contained in the record.

(Argued October 16. 1893 : decided October 24, 1893.)

MOTION to place case on preferred calendar.

The following is the mem. of opinion :

" Agree to deny motion on ground that plaintiff does not sue as executrix, and this court cannot make the inference from what is contained in the record. The case does not fall within. section 791 of Code of Civil Procedure."

*Edward K. Clark* for motion.

*A. D. Wales* opposed.

Mem. for denial of motion.

All concur.

Motion denied.